**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6559

ROBBIE E. CAMPBELL,

Plaintiff - Appellant,

v.

WILLIAM KINCAID, (Unit Mgr.) M.O.C.C.; TIM WHITTINGTON,
(A.W.O.) M.O.C.C.; DAVID BALLARD, (Warden) M.O.C.C.; JAMES
RUBENSTEIN, (Commissioner) W.Va. D.O.C.; ANNA KINCAID,
(Adm.) Wexford Health Care,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. Joseph R. Goodwin,
District Judge. (2:12-cv-02811)

Submitted: August 19, 2014          Decided: August 21, 2014

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robbie E. Campbell, Appellant Pro Se.  Billie Jo Streyle,
MACCORKLE, LAVENDER & SWEENEY, PLLC, Charleston, West Virginia;
Vaughn Sizemore, BAILEY & WYANT, PLLC, Charleston, West
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie E. Campbell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campbell v. Kincaid, No. 2:12-cv-02811 (S.D. W. Va. Mar. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED